**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARROD MOTEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THERESA CISNEROS, et al.,<br><br>　　　　　Defendants. | No.  1:24-cv-00022 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 10)<br><br>PLAINTIFF'S FILING FEE TO BE PAID IN FULL BY **MAY 23, 2024** |
| SHARROD MOTEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER, et al.,<br><br>　　　　　Defendants. | No.  1:24-cv-00043 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 11)<br><br>PLAINTIFF'S FILING FEE TO BE PAID IN FULL BY **MAY 23, 2024** |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and has requested permission to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 in both the above-referenced matters.  (*See Cisneros*, Doc. 4; *Pfeiffer*, Doc. 6 (applications to proceed in forma pauperis).)  The matters were referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 27, 2024, the magistrate judge issued Findings and Recommendations in both

1

1  cases, which were served on Plaintiff and which notified him that any objections were due within

2  14 days.  (*See Cisneros*, Doc. 10 at 9; *Pheiffer*, Doc. 11 at 9.)  The Court advised him that the

3  "failure to file objections within the specified time may result in the waiver of rights on appeal."

4  (*Id.*, citing *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).)  As of April 22, 2024, Plaintiff has

5  not filed objections in either case.

6  According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of both

7  matters.  Having carefully reviewed the matter, the Court concludes the Findings and

8  Recommendations in each case are supported by the record and proper analysis.  Thus, the Court

9  **ORDERS**:

10  1.  The Findings and Recommendations issued March 27, 2024, in *Moten v. Cisneros*,

11  No. 1:24-cv-00022 JLT GSA (Doc. 10), and *Moten v. Pfeiffer*, No. 1:24-cv-00043

12  JLT GSA (Doc. 11), are **ADOPTED IN FULL**.

13  3.  The Clerk of Court shall **IDENTIFY** Plaintiff as a three strikes litigant within the

14  meaning of 28 U.S.C. § 1915(g) in the Court's docketing system.

15  4.  Plaintiff's applications to proceed in forma pauperis in *Moten v. Cisneros*, No.

16  1:24-cv-00022 JLT GSA (*see* Doc. 4), and *Moten v. Pfeiffer*, No. 1:24-cv-00043

17  (*see* Doc. 6) are **DENIED**.

18  6.  On or before **May 23, 2024**, – Plaintiff shall pay the filing fee in full in each of the

19  above-referenced matters prior to proceeding any further in them.

20  **Plaintiff is cautioned that absent exigent circumstances, his failure to pay the filing**

21  **fees in full in each case within the time allotted will result in their dismissal without further**

22  **notice.**

23

24  IT IS SO ORDERED.

25  Dated:   **April 22, 2024**                              _____
                                                              UNITED STATES DISTRICT JUDGE

2