UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARROD MOTEN, | No. 1:24-cv-00022 JLT GSA (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO FILE ELECTRONICALLY |
| v. | |
| THERESA CISNEROS, et al., | (ECF No. 18) |
| Defendants. | |

Plaintiff has filed a request to file documents electronically in this Court. ECF No. 18. For the reasons stated below, the motion will be denied.

I. MOTION TO FILE ELECTRONICALLY

In support of Plaintiff's motion to file electronically, Plaintiff states that his mailings "have been either inexplicably delayed, misplaced, or otherwise tampered with…." ECF No. 18 at 2. This, Plaintiff contends, is in violation of his due process and equal protection rights. Id. As a result, he requests that the Court grant his motion so that his rights are protected. ECF No. 18 at 3.

II. DISCUSSION

Plaintiff's motion will be denied. Although the Eastern District of California is an electronic management/filing system, unrepresented persons are required to file and serve paper documents unless the assigned District Judge or Magistrate Judge grants leave to utilize electronic

filing.  L.R. 133(a), (b)(2).  A pro se party may bring a request to use the Court's electronic filing system via a written motion which sets out an explanation of reasons for the requested exception.  L.R. 133(b)(3).

A motion to e-file must make clear whether a plaintiff is familiar with the requirements applicable to electronic filing in this Court, and whether a plaintiff has access to the hardware and software needed for electronic filing.[1]  Failure to address each of these items results in the denial of a motion to e-file.  Plaintiff's motion fails to address these items.  Therefore, it will be denied.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to file his court documents electronically (ECF No. 18) is DENIED.

IT IS SO ORDERED.

Dated:   **September 9, 2024**                    **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The CM/ECF User Manual, which lists all items needed to file electronically, is available on the Court's website.

2